UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:14-cr-176-T-33MAP

BENJAMIN CUADRADO
_____/

### DETENTION ORDER

THIS CAUSE is before the Court upon the government's motion to detain the Defendant pursuant to 18 U.S.C. § 3142(f)(1)(E). The Defendant is charged by indictment with knowingly and intentionally producing child pornography in violation of 18 U.S.C. § 2251. As a result, a rebuttable presumption arises that no condition or combination of conditions will reasonably assure the Defendant's appearance as required and the safety of the community. *See* 18 U.S.C. § 3142(e). In view of this presumption and the fact the Defendant conceded the government's motion, it is

ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined

shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE and ORDERED, at Tampa, Florida, on June 20, 2014.

*[signature]*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record
      United States Marshals Service
      Pretrial Services